# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Freddy Ramon Leal Bastida, | No. CV-26-01608-PHX-AMM (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner challenged his present immigration detention on constitutional and statutory grounds. (Doc. 1.) The Court directed Respondents to respond to the Petition. (Doc. 3.) Respondents' response stated:

> Undersigned counsel is unable to ascertain sufficient facts at this time to establish the circumstances surrounding Petitioner's detention. Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 6.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus is **GRANTED** as to Petitoner's request for release from custody. (Doc. 1.)

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within **two (2) business days** of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are **DENIED AS MOOT** and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 23rd day of March, 2026.

Honorable Angela M. Martinez
United States District Judge